## Gideon Orion Oliver

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*

GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

October 21, 2022

**BY ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: _Jack Norton v. The City of New York et al._, 21-CV-4884 (FB) (JRC)

Your Honor:

I represent Plaintiff in the above matter.

On September 1, 2022, Defendant City of New York served an Offer of Judgment pursuant to Fed.R.Civ.P. 68 on Plaintiff. On September 13, 2022, Plaintiff accepted that Offer of Judgment. Today, Plaintiff filed proof of the offer and acceptance.

Once the judgment is entered, Plaintiff will have 14 days within which to file an application for attorney's fees, costs, and expenses. The parties now jointly ask that the Court extend the time for Plaintiff to make such an application until 60 days after judgment is entered on the Rule 68 offer, so that the parties can attempt to settle Plaintiff's claim for attorney's fees, costs, and expenses without intervention from the Court, if possible.

The parties thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver