**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

January 24, 2023

**BY ECF**
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Jack Norton v. The City of New York et al.,</u> 21-CV-4884 (FB) (JRC)

Your Honor:

  I write jointly with Defendants' counsel to respectfully request that the Court refer the parties to Magistrate Judge Cho for a settlement conference in connection with Plaintiff's claim for attorney's fees and costs, and extend the January 31, 2023 deadline by which Plaintiff must file any claim for attorney's fees and costs until 30 days after the settlement conference.

  By way of background, on October 21, 2022, the parties advised the Court the Plaintiff had accepted defendants' Rule 68 Offer of Judgment (ECF No. 39), leaving open the issue of his claims for attorney's fees and costs. On October 21, 2022 and December 13, 2022, the Court extended Plaintiff's deadline to move for attorney's fees and costs to December 16, 2022 and then January 31, 2022, respectively (*See* Docket Entries Dated October 21, 2022 and December 13, 2022). Since then, the parties have engaged in settlement negotiations as to the remaining claim for attorney's fees and costs. The parties hope and believe the Court's assistance might help them reach settlement, if settlement is possible.

  The parties therefore jointly request that the Court refer the parties to Magistrate Judge Cho for a settlement conference in connection with Plaintiff's claim for attorney's fees and costs, and extend the January 31, 2023 deadline by which Plaintiff must file any claim for attorney's fees and costs until 30 days after the settlement conference.

  The parties thank Your Honor for the Court's attention to this matter.

          Respectfully submitted,

            /S/

          Gideon Orion Oliver