

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY KALMBACH
*Assistant Corporation Counsel*
Phone: (212) 356-2322
Fax: (212) 356-3509
Email: zkalmbac@law.nyc.gov

February 1, 2023

**BY ECF**
Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Jack Norton v. The City of New York et al.</u>, 21-CV-4884 (FB) (JRC)

Your Honor:

      I represent defendants City of New York, Monahan, Shea, Warfield, and de Blasio in the above-referenced matter. I write to respectfully inform the Court of a potential scheduling conflict regarding the settlement conference currently scheduled for February 15, 2023, at 2:00 p.m., and to respectfully request that—to the extent the Court deems it necessary—the Court (1) move the start of the conference to earlier in the day on February 15, 2023; or (2) adjourn the conference to a later date convenient for the Court. Plaintiff consents to this request.

      By way of background, on January 25, 2023, the Court scheduled a telephonic settlement conference for February 15, 2023, at 2:00 p.m. (<u>See</u> Docket Entry Dated January 25, 2023). However, I currently have a telephonic conference in another case—<u>Powell v. USA, et al.</u>, 19 Civ. 11351 (AKH)—scheduled for the same date at 4:00 p.m.[1] (<u>See</u> <u>id.</u> at ECF No. 205). The <u>Powell</u> conference has already been rescheduled once (<u>See</u> <u>id.</u>). As such, to the extent the Court deems it necessary, defendants respectfully request that the Court move the settlement conference to earlier in the day on February 15, 2023, or, alternatively, adjourn the conference to a later date convenient to the Court. For the Court's convenience, the parties are available any time on February 27, 2023, and March 2, and 3, 2023. Additionally, the parties are available February 23, 2023, except from 11:30 a.m. to 1:00 p.m. and after 4:00 p.m.

---

[1] Because the <u>Powell</u> conference is telephonic and thus does not require travel, I will be fully available until 4:00 p.m.

Defendants thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Assistant Corporation Counsel*

cc: **Via ECF**
All counsel of record